UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KEITH BOYCE,

                         Plaintiff,                 07 CV 5439 (DCL)

     -against-                                    **ANSWER**

THE LONG ISLAND RAILROAD COMPANY,

                        Defendant.
------------------------------------x

S I R S:

    Defendant, The Long Island Rail Road Company ("LIRR") sued herein as The Long Island Railroad Company, by its attorney, FRANKLIN W. KRONENBERG, ESQ., answering the complaint of plaintiff, alleges upon information and belief:

**ANSWERING THE FIRST CAUSE OF ACTION**

    1.    Admits those allegations contained in paragraphs "1," "2," "3", "4" and "5" of the Complaint.

    2.    Denies each and every allegation contained in paragraph "6" of the Complaint, except to admit that on or about March 3, 2007 and at all times hereinafter mentioned, the defendant maintained and controlled certain railroad operations which included the Morris Park Shop, 16 Track located in Queens, New York.

    3.    Denies each and every allegation contained in paragraphs "7," "8," "9," and "10" of the Complaint.

## ANSWERING THE SECOND CAUSE OF ACTION

4. Defendant LIRR repeats and reiterates each and every denial contained in paragraphs "1" through "3" as if set forth at length herein.

5. Denies each and every allegation contained in paragraphs "12" and "13" of the Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

6. Upon information and belief, that if the plaintiff was injured as is alleged in the Complaint, he was injured in whole or in part by reason of his own negligence and without any fault or any negligence on the part of the defendant, its agents, servants and/or employees, and the defendant did not violate any statutes enacted for the safety of its employees.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

7. This action is barred because plaintiff fails to state a claim regarding paragraph 12 of the Complaint.

WHEREFORE, defendant demands judgment dismissing the complaint herein together with costs and disbursements of this action.

Dated: Jamaica, New York
July /2, 2007

FRANKLIN W. KRONENBERG, ESQ.
*Acting Vice President/General Counsel & Secretary*
Attorney for Defendant

By: _____
Christopher P. Yodice (CPY-9723)
LIRR Law Department - 1143
Jamaica Station
Jamaica, New York 11435-4380
(718) 558-8235
(File No. JN-6352 /07/001478)

TO: **SABLE & GOLD**
Attorneys for Plaintiff
450 Seventh Avenue, Ste. 1901
New York, New York 10123
(212) 244-2740