```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X    07 CIV. 5439 (DLC)
KEITH BOYCE,                       :
                    Plaintiff,     :    PRETRIAL
          -v-                      :    SCHEDULING ORDER
                                   :
THE LONG ISLAND RAILROAD COMPANY,  :
                                   :
                    Defendant.     :
----------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on October 12, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. Plaintiff shall provide his medical release forms to the defendant by **October 19, 2007**.

2. The parties are instructed to contact the chambers of Magistrate Judge Ellis prior to **January 25, 2008** in order to pursue settlement discussions under his supervision.

3. All fact discovery must be completed by **February 29, 2008**.

4. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **March 14, 2008**. Defendant's identification of experts and disclosure of expert testimony must occur by **March 28, 2008**.

5. All expert discovery must be completed by **April 18, 2008**.

6. The Joint Pretrial Order must be filed by **May 2, 2008**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         October 15, 2007

                              _____
                                    DENISE COTE
                              United States District Judge