UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH BOYCE,

                Plaintiff,

- against -

THE LONG ISLAND RAILROAD,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-08

ORDER

07 Civ. 5439 (DLC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

It having been reported to this Court that the above-captioned matter has been settled,

**IT IS HEREBY ORDERED THAT** this action be discontinued without costs to either party and without prejudice to restore the action to the calendar of the undersigned if the settlement is not effectuated within forty-five (45) days.

**SO ORDERED this 16th day of April 2008**
New York, New York

*(signature)*
The Honorable Ronald L. Ellis
United States Magistrate Judge