UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KEITH BOYCE,                                           07 CV 5439(DLC)(RLE)

               Plaintiff,                        STIPULATION OF
                                                       DISCONTINUANCE
-against-                                              WITH PREJUDICE


THE LONG ISLAND RAILROAD COMPANY,

               Defendant.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same is hereby discontinued, with prejudice and without costs to either party as against the other. The stipulation may be filed without further notice with the Clerk of the Court.

DATED:     New York, New York
               April 17, 2008

Mark D. Hoffer                                         Sable & Gold
LIRR Law Department                                    Attorneys for Plaintiff

_____                                _____
BY: Christopher P. Yodice                              BY: Fredric M. Gold (3286)
Jamaica Station                                        450 Seventh Avenue
Jamaica, New York 11435                                New York, New York 10123

So Ordered:

_____